SEALED

FILED
2023 JAN 25 PM 3:34
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-cr- 08-RBD-LHP
18 U.S.C. § 1343
18 U.S.C. § 1349

COURY ROBERT BADNELL
JORDAN BRIAN BURGOS
ANTHONY ROBERTO HUTCHINSON
DEANDRE DEVANTE LEVY

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Conspiracy to commit Wire Fraud)

### A. Introduction

At times material to this Indictment:

1. Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy were residents of Orlando, Florida.

2. Coury Robert Badnell was employed as an Assistant Manager and Key Holder at two Verizon Wireless Telecommunications stores located in Altamonte Springs, Florida and Sanford, Florida.

3. As a Key Holder, Coury Robert Badnell had the authority to open and close those stores and manage daily business activities.

4. Additionally, as an Assistant Manager and Key Holder, Coury Robert Badnell's Verizon issued credentials allowed him access to victim Verizon service

accounts, and also gave him authority to change or "swap" SIM cards that were assigned to individual victim smart phone devices.

**B. The Scheme and Artifice**

5. Beginning on an unknown date, but no later than on about January 1, 2022, and continuing through on or about January 31, 2022, in the Middle District of Florida, and elsewhere, the defendants,

COURY ROBERT BADNELL,
JORDAN BRIAN BURGOS,
ANTHONY ROBERTO HUTCHINSON,
and
DEANDRE DEVANTE LEVY,

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to defraud devise and intend to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, utilizing transmissions by means of wire communication in interstate and foreign commerce of any writings, signs, signals, pictures, and sounds.

In violation of 18 U.S.C. § 1349.

**C. The Manner and Means of the Scheme and Artifice**

6. The manner and means by which Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy sought to accomplish the scheme and artifice to defraud included, among others:

a. It was a part of the scheme and artifice to defraud that the defendants Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy and others known and unknown to the Grand Jury, identified individuals who had Verizon mobile cellular service accounts and also maintained cryptocurrency accounts.

b. It was further part of the scheme and artifice to defraud that defendants Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy and others known and unknown to the Grand Jury, would and did use personal identifying information, including names, dates of birth, addresses and Social Security numbers of individuals without their consent and authorization, to facilitate access to their Verizon mobile cellular service accounts.

c. It was further part of the scheme and artifice to defraud that defendant Coury Robert Badnell used his Verizon issued credentials to gain access to victim accounts and swap or switch the SIM card associated with victim smart phone devices, resulting in the victim being locked out of his or her account, and a transfer of control of the victim cellular number to one of the conspirators.

d. It was further part of the scheme and artifice to defraud that defendants Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy and others known and unknown to the

Grand Jury, would and did call victim phone numbers following a SIM card swap to confirm that they had control over the victim's phone account.

e. It was further part of the scheme and artifice to defraud that, defendants Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy and others known and unknown to the Grand Jury, with access gained to the victim phone and email accounts, then accessed victim cryptocurrency accounts without authorization.

f. It was further part of the scheme and artifice to defraud that the defendants Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy used their unauthorized access to the steal cryptocurrency from the victim accounts, illegally transferring the cryptocurrency to electronic wallets on the blockchain.

i. It was further part of the scheme and artifice to defraud that defendants Coury Robert Badnell, Jordan Brian Burgos, Anthony Roberto Hutchinson, and Deandre Devante Levy and others known and unknown to the grand jury, would and did misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and artifice and the purpose of those acts.

**D. <u>Interstate Wire Transmissions</u>**

7. On or about the dates listed below, in the Middle District of Florida, and elsewhere, the defendants,

COURY ROBERT BADNELL
and
JORDAN BRIAN BURGOS,

for the purpose of executing the scheme and artifice and attempting to do so, did knowingly, willfully, and with intent to defraud, transmit and cause to be transmitted by wire communication in interstate commerce the following writings, signs, signals, pictures, and sounds:

| Count | Date | Wire Communication |
|---|---|---|
| Two | January 6, 2022 | From the Middle District of Florida, accessed the Coinbase cryptocurrency account of victim T.B. Coinbase is headquartered in San Francisco CA, and the wire communication was processed using server located outside of the state of Florida |

All in violation of 18 U.S.C. §§ 1343 and 2.

8. On or about the dates listed below, in the Middle District of Florida, and elsewhere, the defendants,

COURY ROBERT BADNELL,
JORDAN BRIAN BURGOS,
and
ANTHONY ROBERTO HUTCHINSON,

for the purpose of executing the scheme and artifice and attempting to do so, did knowingly, willfully, and with intent to defraud, transmit and cause to be transmitted by wire communication in interstate commerce the following writings, signs, signals, pictures, and sounds:

| Count | Date | Wire Communication |
| --- | --- | --- |
| Three | January 7, 2022 | From the Middle District of Florida, accessed the Coinbase cryptocurrency account of victim M.A. Coinbase is headquartered in San Francisco CA, the wire communication was processed using a server or servers located outside of the state of Florida |

All in violation of 18 U.S.C. §§ 1343 and 2.

9. On or about the dates listed below, in the Middle District of Florida, and elsewhere, the defendants,

COURY ROBERT BADNELL
and
DEANDRE DEVANTE LEVY,

for the purpose of executing the scheme and artifice and attempting to do so, did knowingly, willfully, and with intent to defraud, transmit and cause to be transmitted by wire communication in interstate commerce the following writings, signs, signals, pictures, and sounds:

| Count | Date | Wire Communication |
| --- | --- | --- |
| Four | January 11, 2022 | From the Middle District of Florida, accessed the Coinbase cryptocurrency account of victim J.S. Coinbase is headquartered in San Francisco CA, and the wire communication was processed using a server or servers located outside of the state of Florida |

All in violation of 18 U.S.C. §§ 1343 and 2.

10. On or about the dates listed below, in the Middle District of Florida, and elsewhere, the defendants,

COURY ROBERT BADNELL
and
JORDAN BRIAN BURGOS,

for the purpose of executing the scheme and artifice and attempting to do so, did knowingly, willfully, and with intent to defraud, transmit and cause to be transmitted by wire communication in interstate commerce the following writings, signs, signals, pictures and sounds:

| **Count** | **Date** | **Wire Communication** |
|---|---|---|
| Five | January 11, 2022 | From the Middle District of Florida, accessed the Uphold cryptocurrency account of victim S.Y., Uphold is headquartered in New York, NY, and the wire communication was processed using server located outside of the state of Florida |

All in violation of 18 U.S.C. §§ 1343 and 2.

11. On or about the dates listed below, in the Middle District of Florida, and elsewhere, the defendants,

COURY ROBERT BADNELL
and
DEANDRE DEVANTE LEVY,

for the purpose of executing the scheme and artifice and attempting to do so, did knowingly, willfully, and with intent to defraud, transmit and cause to be transmitted

by wire communication in interstate commerce the following writings, signs, signals, pictures and sounds:

| Count | Date | Wire Communication |
|---|---|---|
| Six | January 12, 2022 | From the Middle District of Florida, accessed the Coinbase cryptocurrency account of victim C.J. Coinbase is headquartered in San Francisco, CA, and the wire communication was processed using server located outside of the state of Florida |

All in violation of 18 U.S.C. §§ 1343 and 2.

**FORFEITURE**

1. The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. §§ 1343 and 1349, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violations.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of proceeds obtained from the offenses.

4. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: ______________________________
Ranganath Manthripragada
Assistant United States Attorney

By: ______________________________
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

COURY ROBERT BADNELL
JORDAN BRIAN BURGOS
ANTHONY ROBERTO HUTCHINSON
DEANDRE DEVANTE LEVY

**INDICTMENT**

Violation: 18 U.S.C. §§ 1343 & 1349

A true bill,

______________________________
Foreperson

Filed in open court this 25th day

of January, 2023.

______________________________
Clerk

Bail $____________