AO 442 (Rev. 11/11) Arrest Warrant

FIO # 11515728

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

~~SEALED~~

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 6:23-cr-8-RBD-LHP |
| Coury Robert Badnell | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Coury Robert Badnell

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud and Wire fraud, in violation of 18 U.S.C. §§ 1349 and 1343.

Date: 1/25/23

*Issuing officer's signature*

City and state: Orlando, FL

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/26/23, and the person was arrested on *(date)* 2/7/23

at *(city and state)* Winter Garden, FL

Date: 2/7/23

*Arresting officer's signature*

Timothy Callinan, Special Agent
*Printed name and title*