UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                           Case No. 6:23-cr-8-RBD-LHP

COURY ROBERT BADNELL
JORDAN BRIAN BURGOS
ANTHONY ROBERTO HUTCHINSON
DEANDRE DEVANTE LEVY

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐     IS         related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒     IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

                                      Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

                    By:     */s/ Ranganath Manthripragada*
                                      Ranganath Manthripragada
                                      Assistant United States Attorney
                                      USA No. 199
                                      400 W. Washington Street, Suite 3100
                                      Orlando, Florida 32801
                                      Telephone: (407) 648-7500
                                      Facsimile: (407) 648-7643
                                      Email:Ranganath.Manthripragada@usdoj.gov

U.S. v. BADNELL ET AL.                              Case No. 6:23-cr-8-RBD-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Erin Hyde, counsel for Badnell
Jenna Kelly, counsel for Badnell
Michael Nielsen, counsel for Burgos
Andrew C. Searle, counsel for Levy
Thomas Sommerville, counsel for Hutchinson

/s/ Ranganath Manthripragada
Ranganath Manthripragada
Assistant United States Attorney
USA No. 199
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile:  (407) 648-7643
Email: Ranganath.Manthripragada@usdoj.gov