UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:23-cr-08-RBD-LHP

**COURY ROBERT BADNELL,
JORDAN BRIAN BURGOS,
ANTHONY ROBERTO
HUTCHINSON and
DEANDRE DEVANTE LEVY**

AUSA: Ranganath Manthripragada

Defense Attorney: Erin Hyde, FPD (Badnell)
Michael Nielsen, CJA (Burgos)
Thomas Sommerville, CJA (Hutchinson)
Andrew Searle, CJA (Levy)

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **March 9, 2023** 10:33 A.M. – 10:42 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 9 minutes | | |

**CLERK'S MINUTES
STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendants' Joint Oral Motion to Continue Trial is **GRANTED**, with no objection from Government counsel. Defense counsel for Mr. Hutchinson and Mr. Levy filed waivers of speedy trial through August 2023 trial term (Docs. 60 and 58). Defense counsel for

Mr. Badnell and Mr. Burgos to file waivers of speedy trial through end of August 2023 trial term.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 3/9/2023 until and including 8/31/2023, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Jury trial set for August 7, 2023 trial term.

Status Conference set for June 8, 2023 at 10:00 AM.

New motions deadline is May 12, 2023.   Government responses due May 26, 2023.

New plea deadline is July 20, 2023.

Court is adjourned.