# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                  **CASE NO: 6:23-cr-8-RBD-LHP**

**COURY ROBERT BADNELL**
_____

AUSA: Ranganath Manthripragada

Defense Attorney: Erin Hyde, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **July 19, 2023**<br>1:34-1:57<br>23 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL: | No Appearance |

### CLERK'S MINUTES
### CHANGE OF PLEA HEARING

Case called; appearances taken; procedural setting by the Court.
Defendant was placed under oath.
Court inquired of the Defendant regarding competency.
Court advised the Defendant of his rights.
Court advised the Defendant of the charge, elements and maximum penalties in count one of the Indictment.
Court advised the Defendant of the sentencing guidelines.
Parties acknowledged their signature on the plea agreement.
Court summarized the provisions of the plea agreement.
Defendant plead guilty to Count one of the Indictment.
Court admitted to the facts as set forth in the plea agreement.
Court inquired of the Defendant regarding the elements.
Court found the facts sufficient to allow the Defendant to enter a plea of guilty.
Report and Recommendation to be entered.