# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-cr-8-RBD-LHP

COURY ROBERT BADNELL

_____

### CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION
### AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF GUILTY

I, Coury Robert Badnell, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

Dated: 7/19/23

Coury Robert Badnell

Dated: 7/19/23

Counsel for Defendant